Hon. Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEROY WILLIAMS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC MERRICK BANK CORPORATION and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, <br><br> Defendants. | Case No. 3:22-cv-05840-MJP <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND ORDER** <br><br> Note on Motion Calendar: December 2, 2022 |

**STIPULATED MOTION**

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Leroy Williams, Jr. move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including January 3, 2023.

1. Plaintiff filed this Complaint on October 31, 2022.

2. Equifax was served with the Complaint on November 11, 2022.

3. Equifax's time to respond to the Complaint is currently December 2, 2022.

4. Equifax requests additional time to file its responsive pleading through and

including January 3, 2023, so that the parties may engage in settlement negotiations.

5. Plaintiff consent to this motion.

6. The request is made in good faith and not for the purpose of delay.

7. Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including January 3, 2023, within which to serve its responses to the Complaint.

DATED this 2nd day of December, 2022.

MARKOWITZ HERBOLD PC

By: *s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

Of Attorneys for Defendant Equifax Information Services, LLC


BRUBAKER LAW GROUP PLLC

*s/ Michael Brubaker*
Michael Brubaker, WSBA #49804
michael@brubakerlawgroup.com

Of Attorneys for Plaintiff Leroy Williams, Jr.

## ORDER

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.

2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by January 3, 2023.

DATED: December 2, 2022.

*[signature]*

Marsha J. Pechman
U.S. Senior District Judge

Presented by:

s/Jeffrey M. Edelson

Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

Attorney for Defendant Equifax Information Services, LLC

1365690