The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEROY WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, MERRICK BANK CORPORATION and NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER, <br><br> Defendants. | Case No. 3:22-cv-05840-MJP <br><br> **ORDER GRANTING DEFENDANT MERRICK BANK CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendant Merrick Bank Corporation ("Merrick"), has filed its Unopposed Motion for Extension of Time to answer, move, or otherwise respond to Plaintiff's Complaint.

Upon consideration of this Motion, for good cause shown and by agreement of the parties, it is hereby,

ORDERED that Merrick's Unopposed Motion for Extension of Time is GRANTED. It is FURTHER ORDERED that Merrick shall answer, move, or otherwise respond to Plaintiff's Complaint by December 20, 2022.

Dated this 6th day of December, 2022.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME:
CASE NO. 3:22-CV-05840-MJP – PAGE 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

Presented by:

*s/ Garrett S. Garfield*
Garrett S. Garfield, WSBA No. 48375
Holland & Knight LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Email: garret.garfield@hklaw.com
*Attorneys for Defendant Merrick Bank Corporation*

ORDER GRANTING MOTION FOR EXTENSION OF TIME:
CASE NO. 3:22-CV-05840-MJP – PAGE 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300