IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LEROY WILLIAMS, JR.,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC MERRICK BANK CORPORATION and NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,<br><br>　　　　　　　Defendants. | Civil Case No.:3:22-cv-05840-MJP<br><br>ORDER |

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time for Trans Union to Respond to Plaintiff's Complaint.

The Court has considered Plaintiff's Motion, and it is so ORDERED AND ADJUDGED that the Motion is GRANTED. Trans Union shall file its Answer or otherwise respond to Plaintiff's Complaint no later than January 17, 2022.

DATED this 22nd day of December, 2022.

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　HONORABLE MARSHA J. PECHMAN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE