Hon. Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEROY WILLIAMS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC MERRICK BANK CORPORATION and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, <br><br> Defendants. | Case No. 3:22-cv-05840-MJP <br><br> **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT, AND ORDER** <br><br> Note on Motion Calendar: January 3, 2023 |

**STIPULATED MOTION**

Defendant Equifax Information Services, LLC ("Equifax") and plaintiff Leroy Williams, Jr. move the Court for an Order extending the deadline for Equifax to answer, plead, or otherwise respond to plaintiff's Complaint, up to and including February 1, 2023.

1. Plaintiff filed this Complaint on October 31, 2022.

2. Equifax was served with the Complaint on November 11, 2022.

3. Equifax file and extension request on December 2, 2022.

4. Equifax's time to respond to the Complaint is currently January 3, 2023.

Page 1 - STIPULATED MOTION FOR EXTENSION OF TIME, AND ORDER; case no. 3:22-cv-05840-MJP

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

5. Equifax requests additional time to file its responsive pleading through and including February 1, 2023, so that the parties may engage in settlement negotiations.

6. Plaintiff consent to this motion.

7. The request is made in good faith and not for the purpose of delay.

8. Equifax respectfully submits that the foregoing circumstances constitute good cause and warrant granting the extension requested.

9. This is Equifax's second request for an extension.

Wherefore, both parties respectfully request that this Court grant defendant Equifax an extension of time up to and including February 1, 2023 within which to serve its responses to the Complaint.

DATED this 29th day of December, 2022.

MARKOWITZ HERBOLD PC

By: *s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

Of Attorneys for Defendant Equifax Information Services, LLC

BRUBAKER LAW GROUP PLLC

*s/ Michael Brubaker*
Michael Brubaker, WSBA #49804
michael@brubakerlawgroup.com

Of Attorneys for Plaintiff Leroy Williams, Jr.

**ORDER**

Based upon the foregoing Stipulated Motion for Extension of Time to Answer or Otherwise Plead, the Court hereby ORDERS AND ADJUDGES as follows:

1. The Stipulated Motion is GRANTED and ACCEPTED by the Court.
2. Defendant Equifax Information Services, LLC shall answer or otherwise respond to the Complaint by February 1, 2023.
3. No further extensions of this deadline shall be granted.

DATED : January 3, 2023.

_____
HONORABLE Marsha J. Pechman
United States Senior District Judge

Presented by:

*s/Jeffrey M. Edelson*
_____
Jeffrey M. Edelson, WSBA #37361
JeffEdelson@MarkowitzHerbold.com

Attorney for Defendant Equifax Information Services, LLC

1385855