UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS, JR., | CASE NO. C22-5840 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the "Notice of Substitution" filed by Defendant Equifax Information Services, LLC. (Dkt. No. 44.) Local Civil Rule 83.2(b)(1) & (b)(2) require Equifax to request substitution of counsel from a new law firm by filing motion that is noted in accordance with Local Civil Rule 7(d)(3). The Court will therefore treat the Notice as a motion to substitute, to which responses and a reply may be filed. The Motion shall be noted for October 6, 2023.

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed September 15, 2023.

                          Ravi Subramanian
                          Clerk of Court

                          s/Serge Bodnarchuk
                          Deputy Clerk