UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>  Defendants. | CASE NO. C22-5840 MJP<br><br>ORDER DENYING JOINT STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the Parties' "Joint Stipulated Protective Order" (Proposed Order) (Dkt. No. 46.) Having reviewed the Proposed Order and all supporting materials, the Court DENIES entry of the Proposed Order without prejudice.

The Court appreciates that the Parties have submitted a proposed protective order that largely tracks the District's Model Protective Order, but it contains one provision that is both redundant and overbroad. Specifically, the Parties add language after Section 4.2(g) that proposes to enjoin any person, whether or not they are a party or participant in the case, to the terms of the Proposed Order without any notice of the Proposed Order. The Model Protective

Order's acknowledgement form already provides a mechanism through which the Parties may provide confidential materials to non- and third-parties without waiving any protections. Indeed, the Parties here have included the acknowledgement in their Proposed Order. (Dkt. No. 46 at 13.) This renders the language the Parties proposed after Section 4.2(g) unnecessary, and the Court finds that it is overbroad as drafted. The Court therefore DENIES the Proposed Order, but will consider entry of a revision to the Proposed Order that omits the additional language the Parties added after Section 4.2(g).

The clerk is ordered to provide copies of this order to all counsel.

Dated September 29, 2023.

Marsha J. Pechman
United States Senior District Judge