1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | CASE NO. C22-5840 MJP <br><br> ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

This matter comes before the Court on Defendant Equifax Information Services, LLC's Motion to Substitute Counsel. (Dkt. No. 44.) Having reviewed the Motion and supporting materials, and noting the absence of any objections, the Court GRANTS the Motion. The law firm of Seyfarth Shaw LLP and counsel Andrew R. Escobar are hereby substituted as counsel for Defendant Equifax Information Services, LLC, in place of the law firm of Markowitz Herbold PC and counsel Jeffrey M. Edelson, Esq.

\\

\\

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated October 10, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge