**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| LEROY WILLIAMS, JR., <br><br> Plaintiff, <br><br> -against- <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, MERRICK BANK CORPORATION and NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER, <br><br> Defendants. | Case No. 3:22-cv-05840-MJP <br><br> **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF TAKING EXPERIAN'S 30(B)(6) DEPOSITION** <br><br> NOTE ON MOTION DOCKET <br> October 20, 2023 |

Upon consideration of the Parties' Stipulated Motion for Extension of Discovery Deadline for the Sole Purpose of Taking Experian's 30(b)(6) Deposition, the Court hereby **ORDERS** that the current pretrial deadlines shall be extended as follows:

Experian's 30(b)(6) deposition will take place on November 30, 2023.

**IT IS SO ORDERED** this 27th day of October, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF TAKING EXPERIAN'S 30(B)(6) DEPOSITION (3:22-CV-05840-MJP) - 1

121243679.1 0030176-00378