**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
Justin D. Balser (WSBA No. 56577)
justin.balser@troutman.com
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone:  949.622.2700
Facsimile:   949.622.2739

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LEROY WILLIAMS, JR.,<br><br>Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, MERRICK BANK CORPORATION and NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,<br><br>Defendant. | Case No.  3:22-cv-05840-MJP<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE FOR THE SOLE PURPOSE OF TAKING PLAINTIFF LEROY WILLIAMS' DEPOSITION AND NATIONSTAR'S 30(B)(6) DEPOSITION**<br><br>NOTE ON MOTION DOCKET<br>November 7, 2023 |

Upon consideration of the Parties' Stipulated Motion for Extension of Discovery Deadline for the Sole Purpose of Taking Plaintiff Leroy Williams' Deposition and Nationstar's 30(b)(6) Deposition, the Court hereby **ORDERS** that the current pretrial deadlines shall be extended as follows: (1) Plaintiff Leroy Williams' deposition will take place on December 4, 2023; and (2) Nationstar's 30(b)(6) deposition will take place on November 28, 2023.

Dated this 13th day of November, 2023.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge